JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE DE SIMONE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>INNOVATIVE BAKING, LLC dba "Venice Bakery", a California limited liability company; RICH PRODUCTS CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:20-CV-11419 VAP (Asx)<br>*(Assigned for all purposes to the Hon. Virginia A. Phillips)*<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:   October 15, 2020 |

Plaintiff **JACKIE DE SIMONE** ("Plaintiff") and Defendants **RICH PRODUCTS CORPORATION D.B.A. "VENICE BAKERY" (ERRONEOUSLY NAMED AS INNOVATIVE BAKING, LLC)** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:  April 15, 2021

_____
United States District Judge
Hon. Virginia A. Phillips